# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JEFFREY PACILLI, SAIMA MIAN, AMANDEEP SINGH, and MARILYN ROBLEDO, individually and on behalf of all others similarly situated,<br><br>                    Plaintiffs,<br><br>          v.<br><br>CARRIER IQ, INC., HTC AMERICA, INC., HTC CORPORATION, APPLE, INC., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, and MOTOROLA MOBILITY, INC.,<br><br>                    Defendants. | C.A. No. 11-cv-1199-SLR-MPT |

**STIPULATION AND ORDER FOR DISMISSAL OF ACTION
WITHOUT PREJUDICE AGAINST DEFENDANT APPLE INC.**

IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for Plaintiffs Jeffrey Pacilli, Saima Mian, Amandeep Singh, and Marilyn Robledo ("Plaintiffs") and Defendant Apple Inc. ("Apple") that the above-captioned action (together with all claims asserted therein, "the Action") is hereby dismissed against Apple without prejudice pursuant to Fed. R. Civ. P. 41(a)(1), each side to bear its own costs, expenses, and attorneys' fees. This Stipulation and Order shall have no precedential value and shall not be admitted in any other action or proceeding as evidence regarding the merit (or lack of merit) of Plaintiffs' claims against Apple.

| SIANNI & STRAITE LLP | POTTER ANDERSON CORROON LLP |
|---|---|
| */s/ David A. Straite* | */s/ Richard L. Horwitz* |
| David A. Straite (#5428) | Richard L. Horwitz (#2246) |
| E-Mail: dstraite@siannistraite.com | E-Mail: rhorwitz@potteranderson.com |
| 1201 N. Orange St. Suite 740 | 1313 N. Market Street, 6th Floor |
| Wilmington, DE 19801 | Wilmington, DE 19899-0951 |
| (302) 573-3560 | (302) 984-6000 |
| Attorneys for Plaintiffs | Attorneys for Defendant Apple Inc. |

OF COUNSEL:

GIBSON, DUNN & CRUTCHER LLP

Gail Lees
E-Mail: glees@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071-3197
(213)229-7000

S. Ashlie Beringer
E-Mail: aberinger@gibsondunn.com
1881 Page Mill Road
Palo Alto, CA 94304-1211
(650)849-5300

Dated: April 19, 2012

IT IS SO ORDERED on this _____ day of _____, 2012.

_____
UNITED STATES DISTRICT JUDGE

1056074/38693